# Exhibit 2.1

1. <u>Infringement Claim Chart for U.S. Pat. No. US7130430B2 v. Bose ("Defendant")</u>

| Claim 3 | Evidence |
|---|---|
| 3. A speaker system for producing localized regions of sound comprising: | The Bose MSA12X Array Loudspeaker is speaker a system for producing localized regions of sound.<br><br>For example, the Bose MSA12X Array Loudspeaker array produces an acoustic beam of sound. The beam can be aimed at the listening audience while keeping it away from other surfaces (e.g. ceiling and walls) that may cause echoes and reverberation.<br><br>**Panaray MSA12X steerable array loudspeaker**<br><br>The Bose Professional Panaray MSA12X is a self-powered digital beam-steering loudspeaker that enables improved room aesthetics, with outstanding vocal intelligibility and tonal consistency. The proprietary Articulated Array transducer configuration allows wide, 160° horizontal coverage throughout the room, and MSA12X's modular design allows building of vertical arrays using 1-3 units. Dante digital audio network interface comes standard for connection with other Dante-enabled products over Ethernet-based networks. |

|  | 
Source: https://www.boseprofessional.com/en_us/products/loudspeakers/column_line_array/panaray_msa_12x.html#ProductTabs_tab3 |
|---|---|
| a multiplicity of audio frequency speakers; | The Bose MSA12X Array Loudspeaker array includes a multiplicity of audio frequency speakers.

For example, Bose MSA12X Array Loudspeaker has an array of twelve individual audio loudspeakers mounted along the axial direction of the loudspeaker. |

|  |   Source: https://assets.bose.com/content/dam/Bose_DAM/Web/pro/global/products/loudspeakers/panaray_msa_12x/Downloads/technical_information/tds_panaray-msa12x_en.pdf  Source: https://www.boseprofessional.com/en_us/products/loudspeakers/column_line_array/panaray_msa_12x.html#ProductTabs_tab3 |
|---|---|
| at least one defined sound target spaced from each of the speakers of the multiplicity of speakers, | The Bose MSA12X Array Loudspeaker has at least one defined sound target spaced from each of the speakers of the multiplicity of speakers. Each speaker has a means for applying a time varying audio drive voltage which is substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target. So that substantially identical sound from each speaker reaches the sound target at the same time. |

| | |
|---|---|
| wherein each speaker has a means for applying a time varying audio drive voltage which is substantially identical, except that each audio drive voltage is offset in time by an amount which is related to the distance between each speaker and the defined sound target, so that substantially identical sound from each speaker reaches the sound target at the same time; and | For example, each of the Bose MSA12X Array Loudspeaker speakers is connected to an audio amplifier. An audio signal is provided to each speaker via the speaker's respective amplifier. The audio signal is delayed more for speakers closer to the position at which the acoustic beam is aimed and delayed less for speakers farther from that position.<br><br>The Bose Professional Panaray MSA12X is a self-powered digital beam-steering loudspeaker that enables improved room aesthetics, with outstanding vocal intelligibility and tonal consistency. The proprietary Articulated Array transducer configuration allows wide, 160° horizontal coverage throughout the room, and MSA12X's modular design allows building of vertical arrays using 1-3 units. Dante digital audio network interface comes standard for connection with other Dante-enabled products over Ethernet-based networks.<br><br>**Applications**<br>- Houses of worship<br>- Auditoriums<br>- Transportation facilities<br>- Conference Rooms<br>- Lecture Halls<br><br>**Driver Compliment**<br>Twelve (12) x 2.25-inch full-range transducers<br><br>**Vertical Beam Steering Angles**<br>+ / - 20°<br><br>Source: https://www.boseprofessional.com/en_us/products/loudspeakers/column_line_array/panaray_msa_12x.html#ProductTabs_tab3 |



Source: https://assets.bose.com/content/dam/Bose_DAM/Web/pro/global/products/loudspeakers/panaray_msa_12x/Downloads/technical_information/tds_panaray-msa12x_en.pdf

5

| | |
|---|---|
| wherein the means for applying a time varying audio drive voltage includes a class D amplifier. | The means for applying a time varying audio drive voltage includes amplifier.<br><br>For example, a twelve-channel audio amplifier is used to drive the Bose MSA12X Array Loudspeaker.<br><br>The Bose Professional Panaray MSA12X is a self-powered digital beam-steering loudspeaker that enables improved room aesthetics, with outstanding vocal intelligibility and tonal consistency. The proprietary Articulated Array transducer configuration allows wide, 160° horizontal coverage throughout the room, and MSA12X's modular design allows building of vertical arrays using 1-3 units. Dante digital audio network interface comes standard for connection with other Dante-enabled products over Ethernet-based networks.<br><br>**Applications**<br>- Houses of worship<br>- Auditoriums<br>- Transportation facilities<br>- Conference Rooms<br>- Lecture Halls |

|  |  |  |
|---|---|---|
|  |  | • Digital beam-steering line array column loudspeaker with onboard DSP and 600 watts (12 x 50 W) of amplification<br>• Family sound profile with the Panaray MA12EX Loudspeaker<br>• Twelve (12) x 2.25-inch full-range transducers with 58 Hz – 18 kHz frequency range<br>• Dante® digital audio network interface and line-level analog input<br>• Articulated Array® configuration allows wide, 160° horizontal coverage<br>• Modular design allows building vertical arrays using 1-3 units<br>• Multiple algorithms for beam steering control – designers can optimize consistency of coverage, tonal balance, and maximum SPL per job<br>• Supports independent level and EQ control of 2 separate beams per array<br>• Integrated mounting bracket allows up 90° of horizontal yaw adjustment<br>• Advanced steering and acoustic coverage prediction using Bose Modeler® software |
|  | Source: https://www.boseprofessional.com/en_us/products/loudspeakers/column_line_array/panaray_msa_12x.html#ProductTabs_tab3 |  |

7

| | |
|---|---|
| | 
Source: https://assets.bose.com/content/dam/Bose_DAM/Web/pro/global/products/loudspeakers/panaray_msa_12x/Downloads/technical_information/tds_panaray-msa12x_en.pdf |

**References**

[1] Panaray® MSA12X - modular steerable array loudspeaker – Technical Data Sheet
https://assets.bose.com/content/dam/Bose_DAM/Web/pro/global/products/loudspeakers/panaray_msa_12x/Downloads/technical_information/tds_panaray-msa12x_en.pdf

[2] Panaray MSA12X steerable array loudspeaker
https://www.boseprofessional.com/en_us/products/loudspeakers/column_line_array/panaray_msa_12x.html#ProductTabs_tab3