IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Patent Armory Inc., <br><br> Plaintiff, <br><br> v. <br><br> Bose Corporation, <br><br> Defendant. | Civil No. 2:23-cv-335-JRG |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeremy P. Oczek of the firm Bond, Schoeneck & King, PLLC appears as attorney of record on behalf of Defendant Bose Corporation in the above-captioned matter.

Dated: August 4, 2023

Respectfully submitted,

*s/ Jeremy P. Oczek*

Jeremy P. Oczek
BOND, SCHOENECK & KING, PLLC
200 Delaware Avenue
Buffalo, New York 14202
Telephone: (716) 416-7037
Email: jpoczek@bsk.com

*Counsel for Defendant Bose Corporation*