# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| PATENT ARMORY INC., | § |
| *Plaintiff*, | § § § |
| v. | §  CIVIL ACTION NO. 2:23-CV-00335-JRG |
| BOSE CORPORATION, | § § § |
| *Defendant*. | § |

## ORDER

Before the Court is the Plaintiff's Notice of Voluntary Dismissal Without Prejudice (the "Notice") made pursuant to Rule 41(a)(1)(A)(i) and filed by Plaintiff Patent Armory Inc. (Dkt. No. 7.) In the Notice, Plaintiff dismisses all claims without prejudice. (*Id.* at 1.)

Having considered the Notice, the Court **ACCEPTS AND ACKNOWLEDGES** that all claims and causes of action asserted by Plaintiff against Defendant in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case.

**So ORDERED and SIGNED this 8th day of August, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE